```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 06016
   RICHARD J LAUER
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-0288

-------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 03/14/2008 and was confirmed 05/15/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors   57.00%.

      The case was converted to chapter 7 after confirmation 07/24/2008.
-------------------------------------------------------------------------------
CREDITOR NAME                 CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                               PAID          PAID
-------------------------------------------------------------------------------
US BANK NATIONAL          NOTICE ONLY    NOT FILED              .00           .00
CAPITAL ONE               UNSEC W/INTER    6501.98              .00           .00
CITIBANK                  UNSEC W/INTER NOT FILED               .00           .00
LVNV FUNDING              UNSEC W/INTER   12702.83              .00           .00
LVNV FUNDING              UNSEC W/INTER   12537.47              .00           .00
COOK COUNTY TREASURER     SECURED              .00              .00           .00
BANK OF AMERICA           SECURED VEHIC       .00               .00           .00
US BANK NATIONAL ASSOCIA  CURRENT MORTG       .00               .00           .00
US BANK NATIONAL ASSOCIA  MORTGAGE ARRE   2533.68               .00       2533.68
WACHOVIA                  SECURED VEHIC       .00               .00           .00
AMERICAN EXPRESS BANK     UNSEC W/INTER   5867.91               .00           .00
AMERICAN EXPRESS BANK     UNSEC W/INTER   1499.19               .00           .00
BANK OF AMERICA           UNSEC W/INTER NOT FILED               .00           .00
DISCOVER CARD             UNSEC W/INTER NOT FILED               .00           .00
DISCOVER CARD             UNSEC W/INTER NOT FILED               .00           .00
ROUNDUP FUNDING LLC       UNSEC W/INTER  13812.45               .00           .00
JEFFERSON CAPITAL SYSTEM  UNSEC W/INTER  14138.70               .00           .00
COOK COUNTY TREASURER     UNSEC W/INTER       .00               .00           .00
CODILIS & ASSOCIATES      NOTICE ONLY    NOT FILED              .00           .00
LVNV FUNDING              UNSEC W/INTER  14675.40               .00           .00
JILL ROSE QUINN           DEBTOR ATTY         .00                             .00
TOM VAUGHN                TRUSTEE                                          220.32
DEBTOR REFUND             REFUND                                              .00

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   2,754.00

PRIORITY                                           .00
SECURED                                       2,533.68

               PAGE   1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 06016 RICHARD J LAUER
```

```
UNSECURED                                                            .00
ADMINISTRATIVE                                                       .00
TRUSTEE COMPENSATION                                              220.32
DEBTOR REFUND                                                        .00
                                  ----------------   ----------------
TOTALS                                    2,754.00           2,754.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
  Dated: 10/22/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```